IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs. 4:03-CR-00302-01-BRW

FREDDIE LEE WALLS

## ORDER

Pending before this Court is the Motion to Revoke (Doc. No. 167) as to defendant, Freddie Lee Walls. Ms. Leslie Borgognoni is appointed to represent Mr. Walls and a CJA Voucher will be sent to Ms. Borgognoni forthwith. Assistant Federal Public Defender Christophe A. Tarver and the Federal Public Defender are relieved from the case.

IT IS SO ORDERED this 25th day of September, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE